**Avon DAVIES, Plaintiff–Appellant,**

v.

**Michael FRIEDMAN; et al.,**
**Defendants–Appellees.**

No. 01–15543.

D.C. No. CV–97–20108–JW.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 21, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**610**

MEMORANDUM **

Avon Davies, a California state prisoner, appeals pro se the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs in violation of the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's order granting summary judgment, *Blueford v. Prunty,* 108 F.3d 251, 253 (9th Cir.1997), and we affirm.

Because Davies' age-related muscular degeneration, floaters, and peripheral lattice did not require treatment, the district court did not err in concluding that Davies' conditions did not constitute a serious medical need. *See McGuckin v. Smith,* 974 F.2d 1050, 1059–60 (9th Cir.1992), *overruled on other grounds, WMX Techns., Inc. v. Miller,* 104 F.3d 1133, 1136 (9th Cir.1997) (en banc).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

